IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SOLOMON TECHNOLOGIES, INC<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINERRING AND MANUFACTURING NORTH AMERICA, INC., and TOYOTA MOTOR MANUFACTURING KENTUCKY, INC.,<br><br>Defendants. | Case No. 8:05-cv-01702-MAP |

**SUPPLEMENT TO MOTION TO WITHDRAW BY MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC AS COUNSEL OF RECORD FOR PLAINTIFF SOLOMON TECHNOLOGIES, INC.**

**Supplemental 3.01(g) Certification**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC ("Mintz Levin") respectfully submits this Supplemental 3.01(g) Certification. Mintz Levin filed a motion to withdraw as counsel for Solomon Technologies, Inc. ("Solomon") on September 17, 2009 ("the Motion") (Dkt. No. 82). Solomon did not oppose the Motion during the ten-day notice period prior to its filing. After the filing of the Motion, however, Solomon informed Mintz Levin—through its current counsel Stroock & Stroock & Lavan, LLP—that it intends to oppose the Motion.

As indicated in the original 3.01(g) Certification, Defendants Toyota Motor Corporation, *et al*, still do not oppose the Motion.

1

Respectfully submitted,

By: _____
A. Jason Mirabito, BBO#: 349040
Dean Bostock, BBO#: 549747
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY, AND POPEO, PC
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (Fax)

Mailed: September 18, 2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2009, I sent a copy of the foregoing, via FedEx Priority Overnight, to each of the following:

>William C. Guerrant
>Hill, Ward, & Henderson, PA
>Bank of America Bldg., Suite 3700
>101 E. Kennedy Blvd.
>Tampa, FL 33602
>
>Michael V. O'Shaughnessy, Esq.
>Finnegan, Henderson, Farabow,
>   Garrett & Dunner, L.L.P.
>901 New York Avenue, N.W.
>Washington, DC 20001-4413
>
>Katherine C. Donlon
>Fowler, White, Boggs, P.A.,
>501 East Kennedy Boulevard
>Suite 1700
>Tampa, FL 33602
>
>Joseph Diamante
>Stroock, Stroock & Lavan, LLP
>180 Maiden Ln
>New York, NY 10038
>212/806-5472
>
>Peter Devecchis
>Solomon Technologies, Inc.
>1224 Mill Street, Bldg A
>East Berlin, CT 06023

*/s/ Donna Doyle*

4718960v.1